AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Anthony B. Lary )
*Plaintiff* )
v. ) Civil Action No.   9:10-cv-02734-SB
Commissioner of the Social Security Administration )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that this case be dismissed without prejudice pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sol Blatt, Jr., Senior United States District Judge

Date:   May 9, 2011                                                           *CLERK OF COURT*

                                                                                        s/ John P. Bryan, Jr.
                                                                                        *Signature of Clerk or Deputy Clerk*